IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIMOTHY TYRONE GRIFFIN,
    Plaintiff,

vs.                              CASE NO.: 3:07cv56/LAC/MD

OFFICER N.D. HAIRE, et al.,
    Defendants.

---

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 8, 2007. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This cause is DISMISSED WITHOUT PREJUDICE as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process.

3.    The clerk is directed to close the file.

DONE AND ORDERED this 9th day of April, 2007.

                                  s/*L.A. Collier*
                                  LACEY A. COLLIER
                                  SENIOR UNITED STATES DISTRICT JUDGE